No. 504. MARR, DOING BUSINESS AS MARR DUPLICATOR Co., *v.* A. B. DICK Co. March 31, 1947. The motion of petitioner for clarification or modification of the order and mandate of this Court is denied.

No. 1036. SMITH *v.* PORTER, PRICE ADMINISTRATOR. March 31, 1947. Fleming, Temporary Controls Administrator, substituted as the party respondent.